Josh D. Gruenberg (Ca Sbn 163281)
Benjamin S. Silver (Ca Sbn 284741)
Gruenberg Law
2155 First Avenue
San Diego, California 92101
Tel: 619.230.1234 / Fax: 619.230.1074
Josh@Gruenberglaw.Com
Ben@Gruenberglaw.Com
Pam@Gruenberglaw.Com

Joshua S. Parilman (Az Sbn 021272)
Parilman & Associates
16427 N. Scottsdale Road, Suite 410
Scottsdale, Arizona 85254
Tel: 602.757.7175 / Fax: 888.389.5846
Josh@Parilmanlaw.Com

Attorneys for Plaintiff,
Uawndre Fields

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Uawndre Fields, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Underwood Bros., Inc. dba AAA Landscaping, an unknown business entity; and DOES 1 through 25.<br><br>Defendants. | Case No.: CV-21-00224-PHX-DJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate and agree that this matter can and shall be dismissed with prejudice, each party to pay his/her or its own attorneys' fees and costs.

Dated April 13, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Erica K. Rocush (with permission)*

Erica K. Rocush
Attorneys for Defendants

GRUENBERG LAW

By: */s/ Josh D. Gruenberg*
Josh D. Gruenberg
Benjamin Silver
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Erica K. Rocush
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Scottsdale, AZ 85012-2761
erica.rocush@lewisbrisbois.com
Attorney for Defendant


By: */s/ Benjamin Silver*